ATT: DILSON PRADO DA FONSECA
FLY BRAZIL GROUP INC.
1641 S. Perimeter Rd, HGR 34
Ft. Lauderdale, FL 33309
Tel: 954-771-8171
Fax: 954-771-1472
dilsonprado@gmail.com

## Exclusive Mandate

Dear Mr. DILSON PRADO DA FONSECA,

I am pleased to announce our company has agreed to appoint FLY BRAZIL GROUP INC., Mr. DILSON PRADO, this exclusive mandate in reference to find and present to us 01 Boeing 777 aircraft for acquisition: BOEING 777-236 N 702BA SERIAL NUMBER 27108 (EX VARIG)

We here mandate Mr. DILSON PRADO DA FONSECA of FLY BRAZIL GROUP INC., exclusively to source the mentioned aircraft on an acquisition, your job and consulting service the total VALUE of US$ 6.000.000,00, basis under the following conditions:

We therefore ask you to provide us with proposals and with the technical specifications for the relevant aircraft, and to support us in evaluating the offers and in managing the whole procurement process.

This exclusive mandate is valid for one year, Starting from the day and date this letter is signed.

We thank you very much for your support and coordination. Please feel free to call the undersigned anytime for any questions you might have.

With kind regards

Memphis – Tennessee, December, 06th 2006

BY: JEAN BAPTIST TOMI
CEO
GOVERNMENT of GABON
AFRIJET

AEROPORTO LEON MBA
LIBREVILLE, Gabon
Tel: 241 144-5895, 241 725-5287 · Fax: 241 144-5886
Email: contact@afrijet.ga


EXHIBIT A

Fly Brazil Group, Inc

1641 S Perimeter Rd
Hangar 34
Fort Lauderdale, FL 33309

# Invoice

| Date | Invoice # |
|---|---|
| 2/29/2008 | 777-07/08 |

**Bill To**

Government of Gabon
Presidence de la Republique
B.P. 546 - Libreville
Gabon
Africa

| P.O. No. | Terms | Project |
|---|---|---|
| Verbal | Upon Completion | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Consulting Services<br>Interior (forward and aft) and exterior consulting, design, engineering and modification services of the aircraft listed below.<br><br>Aircraft Year, Make & Model: 1995 Boeing 777-236<br>Aircraft Serial Number: 27108<br>Aircraft Tail Number: N702BA<br>Together with two GE Engines; Model: GE90-76B; Serial Numbers: 900-146 and 900-155<br><br>***JOB COMPLETED 3/27/2008 *** | 5,994,888.00 | 5,994,888.00 |

Total

**EXHIBIT B**